Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com
MWeiler@schneiderwallace.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADL FITNESS, LLC, on behalf of itself and other similarly situated,<br><br>Plaintiff<br>v.<br><br>MARKEL INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:20-cv-05908<br><br>NOTICE OF VOLUNATRY DISMISSAL UNDER FEDERAL RULE 41(a) |

| | |
|---|---|
| 1 | Plaintiff ADL LLC by and through its attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice all claims against Defendant Markel Insurance Company. Defendant has not served an answer or a motion for summary judgment in this proceeding and Plaintiff has not filed a motion for class certification. Dismissal without prejudice is therefore appropriate without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); Fed. R. Civ. P. 23(e). |

DATED: October 27, 2020  **SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ Todd M. Schneider*
Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Matthew S. Weiler (SBN 236052)
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
jkonekcy@schneiderwallace.com
mweiler@schneiderwallace.com

*Counsel for Plaintiff*

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Matthew S. Weiler, attest that concurrence in the filing of this document has been obtained.

Dated: August 27, 2020.

*/s/ Matthew S. Weiler*
MATTHEW S. WEILER